**Johnathan SIMMONS, a/k/a Jonathan Dale Simmons, Plaintiff–Appellant,**

v.

**John VICKERS; Michael Najjar; Warden McCall; Officer Smith, et al, Defendants–Appellees.**

**Jonathan Dale Simmons, Plaintiff–Appellant,**

v.

**SCDC; John Vickers; Michael Najjar; Warden McCall; Officer Smith, Defendants–Appellees.**

Nos. 12–7846, 12–7848.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Jonathan Dale Simmons, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Simmons appeals the district court's order denying as untimely his motion to alter or amend the court's order awarding the Defendants summary judgment on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons v. Vickers,* No. 1:09–cv00653–TLW; *Simmons v. S.C. Dep't of Corr.,* No. 1:09–cv–00858–TLW, 2012 WL 4761432 (D.S.C. Oct. 3; Oct. 2 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*